JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN MICHAEL BIRKS, JR., <br><br> Petitioner, <br><br> v. <br><br> JOSIE GASTELLO, Warden, <br><br> Respondent. | Case No. 5:21-cv-00399-AB (AFM) <br><br> **JUDGMENT** |

This matter came before the Court on the Petition of DARREN MICHAEL BIRKS, JR., for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that (1) respondent's Motion to Dismiss is granted; (2) the Petition is denied; and (3) the action is dismissed with prejudice.

DATED: June 15, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE